**COM.**

v.

**STARK, D.**

**1469 WDA 2016**

Superior Court of Pennsylvania.

09/15/2017

CP–24–CR–0000009–2015 (Elk)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**WILSON, T.**

**1593 WDA 2016**

Superior Court of Pennsylvania.

09/15/2017

CP–02–CR–0016349–2009 (Allegheny)

Vacated/Remanded

**COM.**

v.

**MCCRACKEN, R.**

**1782 WDA 2016**

Superior Court of Pennsylvania.

09/15/2017

CP–02–CR–0008518–2011 (Allegheny)

Affirmed

**COM.**

v.

**HALL, J.**

**273 WDA 2017**

Superior Court of Pennsylvania.

09/15/2017
Reargument Denied 10/20/2017

CP–25–CR–0000055–2013 (Erie)

Affirmed